# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0339
_____

ORAMA'S DELIVERY TRANSPORT
CORP,

      Appellant,

      v.

STATE OF FLORIDA DEPARTMENT
OF TRANSPORTATION,

      Appellee.

_____

On appeal from an order of the Commercial Motor Vehicle
Review Board.
Jeffery Frost, Chairman.


April 27, 2026

PER CURIAM.

      AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Mayron Diaz Gallardo, of Gallardo Law Firm, P.A, Miami, for Appellant.

Rebekah A. Davis, General Counsel, and Marc A. Peoples, Assistant General Counsel, Department of Transportation, Tallahassee, for Appellee.